## People of State of Illinois, Defendant in Error, v. Joseph Plocar, Plaintiff in Error.

### Gen. No. 45,102.

Heard in the third division, first district, this court at the April term, 1950. Patrick P. Petrone, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher and Rudolph L. Janega, Assistant State's Attorneys, of counsel. Opinion by Justice Burke. Not to be published in full. Opinion filed June 30, 1950; rehearing denied July 21, 1950; released for publication July 25, 1950.